IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. _____ |
| v. | : | DATE FILED: October 18, 2012 |
| JAMIL MURRAY,<br>    a/k/a "Smooth,"<br>    a/k/a "Mills" | :<br>:<br>: | VIOLATION:<br>21 U.S.C. § 841(a)(1) (possession with intent to distribute 28 grams or more of cocaine base ("crack") - 1 count)<br>Notice of forfeiture |

## INDICTMENT

## COUNT ONE

THE GRAND JURY CHARGES THAT:

On or about August 16, 2010, in Bensalem, in the Eastern District of Pennsylvania, defendant

**JAMIL MURRAY,**
**a/k/a "Smooth,"**
**a/k/a "Mills"**

knowingly and intentionally possessed with intent to distribute 28 grams or more, that is, approximately 192 grams, of a mixture and substance containing a detectable amount of cocaine base ("crack"), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(B).

## NOTICE OF FORFEITURE

THE GRAND JURY FURTHER CHARGES THAT:

1. As a result of the violation of Title 21, United States Code, Section 841(a)(1), as set forth in this indictment, defendant

**JAMIL MURRAY,**
a/k/a "Smooth,"
a/k/a "Mills"

shall forfeit to the United States of America any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses and any property constituting, or derived from, proceeds obtained directly or indirectly from the commission of such offenses.

2. If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be divided with out difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of property subject to forfeiture.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL:

_____
**GRAND JURY FOREPERSON**

*Christine ⸺ ⸺ for*
_____
**ZANE DAVID MEMEGER**
**United States Attorney**